UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Lucio Mendez

                              Plaintiff,

                -against-                        07 CIVIL 11174 (   )

Nooch, Inc. et al

                              Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Amy Carroll__

☒ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    __AC5640__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ **Law Firm/Government Agency Association**

    From: __MFY Legal Services, Inc.__
    To: __Make the Road New York, Inc.__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency. (The case was filed when I was already at the new firm.)
    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address: __301 Grove Street, Brooklyn NY 11237__
☒ Telephone Number: __718-418-7690 x 224__
☒ Fax Number: __718-418-9635__
☐ E-Mail Address: __amy.carroll@maketheroadny.org__

Dated: __12/21/07__                _Amy Carroll_