UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUCIO MENDEZ,

            Plaintiff,

    -against-                    ECF Case
                                Docket Number 07-CV-11174 (LLS)

NOOCH, INC.; RED DOT COM, INC.; SUAN
LAY ONG,                                **NOTICE OF APPEARANCE**

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance on behalf of the Plaintiff in the above-referenced action. I certify that I am admitted to practice in this Court.

Dated: Jackson Heights, New York
       March 5, 2008

                                                          Respectfully submitted,

                                                          /S/
                                                MAKE THE ROAD NEW YORK, INC.
                                                Attorneys for Plaintiff
                                                By: Elizabeth Wagoner (EW 2101)
                                                71-24 Roosevelt Ave. 2nd Fl.
                                                Jackson Heights, NY 11372
                                                (718) 565-8103 x25