Exhibit E
Declaration of Amy Carroll

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUCIO MENDEZ,

                Plaintiff,

        -against-

NOOCH, INC.; RED DOT COM, INC. d/b/a/
Tangerine Restaurant and Café; and SUAN LAY
ONG, a.k.a. Janice Ong,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF Case
Docket Number 07-cv-11174

**DECLARATION OF
AMY CARROLL**

STATE OF NEW YORK    )
                   ) ss.:
COUNTY OF KINGS     )

     AMY CARROLL, being duly sworn, deposes and says:

    1.    I am a member of the bar of this Court and an employee of Make the Road New York,

Inc., attorneys for Plaintiff in the above-entitled action.  I am familiar with all the facts and

circumstances in this action.

    2.    I make this declaration in support of Plaintiff's petition for an award of attorney fees

and costs against Defendants Nooch, Inc. and Red Dot Com, Inc.

    3.    I have spent 9.4 hours working on this matter.  I have calculated my hours based on

time logs which were contemporaneously recorded by hand and stored in my client's file.  I

attest that this figure of hours accurately reflects the content of the contemporaneously recorded

logs in my files.

    4.    I am seeking fees for work required of me in this matter and have exercised billing

judgment in reducing the number of hours expended.

5.    I was admitted to practice law in the State of New York in November 2004.

6.    Plaintiff submits my hourly rate at $180 an hour for attorneys with four to six years of experience.  Marisol v. Giuliani, 111 F.Supp.2d 381, 386 (S.D.N.Y. 2000).

7.    I request an award of $1,692.00 attorney's fees for my time spent on this case.


I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.


Dated: Brooklyn, New York
        May 27, 2008


Amy Carroll (AC 5640)

# Exhibit F
## Declaration of Elizabeth Wagoner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUCIO MENDEZ,                            :

                         Plaintiff,    :

               -against-                :

NOOCH, INC.; RED DOT COM, INC. d/b/a/    :
Tangerine Restaurant and Café; and SUAN LAY    :
ONG, a.k.a. Janice Ong,                  :

                  Defendants.    :

                            :

ECF Case
Docket Number 07 CV 11174 (LLS)

**DECLARATION OF
ELIZABETH WAGONER IN
SUPPORT OF MOTION FOR
JUDGMENT BY DEFAULT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF KINGS    )

Elizabeth Wagoner, being duly sworn, deposes and says:

     1.     I am a member of the bar of this Court and an employee of Make the Road New York,

Inc., attorneys for Plaintiff in the above-entitled action. I am familiar with all the facts and

circumstances contained herein.

     2.     I make this declaration pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the

Southern District of New York, in support of Plaintiff's motion for the entry of a default judgment

against defendant.

**Procedural History**

     3.     This is an action for unpaid wages owed to Plaintiff under the Fair Labor Standards Act,

29 U.S.C. §201 *et seq.,* ("FLSA") and New York Labor Law §190 *et seq.* and §650 *et seq.*

("NYLL").

4.  Jurisdiction of the subject matter of this action is based on federal question and supplemental jurisdiction.

5.  This action was commenced on December 12, 2007 by the filing of a Complaint, which is attached as Exhibit A.

6.  A copy of the Summons and Complaint was served on Defendants Nooch, Inc. and Red Dot Com, Inc. on March 24, 2008, by personal delivery to an agent authorized by the secretary of state to receive service, Donna Christie, at the office of the department of state in the city of Albany, pursuant to Business Corporation Law §306.  Plaintiffs filed the Proof of Service, attached as Exhibit B, on April 8, 2008.

7.  Plaintiff was unable to effect service on Defendant Suan Lay Ong.

8.  Defendants Nooch, Inc. and Red Dot Com, Inc. have not answered the Complaint, and the time for these Defendants to answer the Complaint has expired.

9.  This action seeks judgment for the amount of $37,334.78 against Defendant Red Dot Com, Inc. and $7,902.11 against Defendant Nooch, Inc., as shown by the Statement of Damages and Exhibit G, Unpaid Wage Spreadsheet, which is justly due and owing, and no part of which has been paid except as therein set forth.

**Calculations Generally**

10.  I created the Unpaid Wage Spreadsheet based on the data contained in the Complaint and in the Affidavit of Lucio Mendez, attached to Plaintiff's Memorandum of Law as Exhibit C.

11.  Please note that for the purpose of simplicity, the numbers I use in this declaration are rounded to two decimal points.  In some instances this may give the appearance of arithmetical errors.  However, all numbers I use are based on the figures in the spreadsheet, which are not rounded to the nearest decimal and are therefore more exact.

12.  This spreadsheet calculates unpaid wages and damages on a weekly basis.

13.  Plaintiff seeks 25% NYLL damages on his state law claims and 100% FLSA damages on his FLSA claims.  Where there are both FLSA and NYLL claims for a given week, Plaintiff seeks to recover the full unpaid federal wages, plus federal damages, and any additional wages owed under the NYLL, plus New York damages on the wages.

14.  Regarding prejudgment interest owed pursuant to C.P.L.R. § 5001, the spreadsheet computes the interest accrued on Plaintiff's unpaid wages on a weekly basis at 9% per annum.  The "the earliest ascertainable date the cause of action existed" is assumed to be the end of each week in which wages are owed.  Interest is calculated on the NYLL portion of unpaid wages only, and not on the 25% NYLL damages or on any wages or damages owed pursuant to the FLSA.

15.  More specific examples and descriptions of the wage calculations are contained in the Memorandum of Law and in the Unpaid Wage Spreadsheet attached as Exhibit G.

**Settlement of Prior Lawsuit**

16.  By his previous attorney, Justin Zeller, Plaintiff filed a lawsuit in 2006 to recover his unpaid wages from Nooch, Inc.

17.  An individual named Christopher Miu, who identified himself as an accountant for Nooch, Inc., contacted Mr. Zeller seeking to settle the lawsuit.

18.  A settlement agreement was executed between Plaintiff and Christopher Miu for Nooch, Inc., by which Plaintiff was paid $2,862.00 representing back wages, and $2,862.00 representing liquidated damages. (*See* Exhibit H annexed hereto).

19.  Upon receiving notice of the settlement, Judge Kenneth Karas ordered a discontinuance of the action with prejudice, and the case was closed. (*See* Exhibit I).

**Attorney's Fees**

20.  Plaintiff is entitled to attorney fees and costs.

21.   I spent 19.00 hours working on this matter prior to my admission to the New York Bar on January 31, 2008.

22.   I spent 37.10 hours working on this matter after my admission.

23.   I have calculated my hours based on time logs which were contemporaneously recorded by hand and stored in my client's file.  A typewritten description of these logs is attached as Exhibit J.  I attest that this Exhibit accurately reflects the content of the contemporaneously recorded logs in my files.

24.   I am seeking fees for work required of me in this matter and have exercised billing judgment in reducing the number of hours expended.

25.   Plaintiffs submit my hourly rate at $75 an hour prior to my admission to the New York Bar, and $130 an hour thereafter.  These amounts are based on the hourly rate of $75 for paralegals and $130 to $150 for attorneys with one to three years of experience.  *Marisol v. Giuliani*, 111 F.Supp.2d 381, 386 (S.D.N.Y. 2000). My average experience over the course of this litigation was over two years as a law student and law graduate and less than one year as an attorney.  At these rates, Plaintiffs request a total of $6248.00 in fees for my time in this matter.

WHEREFORE, Plaintiff requests the entry of Default and the entry of the annexed Judgment against Defendants Nooch, Inc. and Red Dot Com, Inc.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: Brooklyn, New York
     May 27, 2008

_____
Elizabeth Wagoner (EW 2101)

4

Exhibit G
Statement of Damages and
Unpaid Wage Spreadsheet

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUCIO MENDEZ,                          :

                   Plaintiff,          :     ECF Case
                              :     Docket Number 07 CV 11174 (LLS)

            -against-          :

                              :     **STATEMENT OF DAMAGES**
NOOCH, INC.; RED DOT COM, INC. d/b/a/          :     **AS TO DEFENDANTS NOOCH,**
Tangerine Restaurant and Café; and SUAN LAY          :     **INC. AND RED DOT COM, INC.**
ONG, a.k.a. Janice Ong,                :

                 Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**As to Nooch, Inc.:**

| | | |
|---|---|---|
| Unpaid Wages and Damages | ................................................................ | $7,673.21 |
| Interest | ................................................................ | $228.90 |
| Total | ................................................................ | $7,902.11 |

**As to Red Dot Com, Inc.:**

| | | |
|---|---|---|
| Unpaid Wages and Damages | ................................................................ | $27,449.29 |
| Interest | ................................................................ | $9,885.49 |
| Total | ................................................................ | $37,334.78 |

| | | |
|---|---|---|
| **Attorneys' Fees:** | ................................................................ | $7,940.00 |

## SUMMARY: Wages Owed By Defendant Nooch, Inc.

| | State 2001-2004 | | Federal 2004-2007 | Total 2001-2007 |
|---|---|---|---|---|
| Unpaid Wages | $ 3,557.58 | | $ 3,669.28 | $ 7,226.85 |
| Damages | 889.39 | | 3,669.28 | 4,558.67 |
| Unpaid Wages + Damages | $ 4,446.97 | | $ 7,338.55 | $ 11,785.52 |
| | **State Incr. 2004-2007** | | | **Total Incr. 2004-2007** |
| Incremental State Unpaid Wages* | $ 374.00 | | | $ 374.00 |
| Damages on Incremental | 93.50 | | | 93.50 |
| Total Incremental Claim | $ 467.50 | | | $ 467.50 |
| | **State 2001-2007** | | | **Total 2001-2007** |
| Spread | $ 916.15 | | | $ 916.15 |
| Spread Damages | 229.04 | | | 229.04 |
| Total Spread + Damages | $ 1,145.19 | | | $ 1,145.19 |
| Settlement | $ (5,725.00) | | $ - | $ (5,725.00) |
| Interest | $ 228.90 | | $ - | $ 228.90 |
| | **State 2001-2007** | | | **Total 2001-2007** |
| Unpaid Wages + Incremental + Spread | $ 4,847.73 | | $ 3,669.28 | $ 8,517.00 |
| Damages | 1,211.93 | | 3,669.28 | 4,881.21 |
| Total After Settlement | 334.66 | | 7,338.55 | 7,673.21 |
| **Total After Settlement + Interest** | **$ 563.56** | | **$ 7,338.55** | **$ 7,902.11** |

*Incremental state unpaid wages, for the purposes of these calculations, is the additional state minimum wage owed during the period that the New York state minimum wage is higher than the federal minimum wage. This occurs when a claim arises under both federal and state law.

# Wages Owed By Defendant Nooch, Inc.

| | |
|---|---|
| SOL Key Date (Date case filed in court) | 12/12/2007 |
| State SOL Cut-off Date | 12/11/2004 |
| Federal SOL Cut-off Date | 12/11/2004 |

| Week | Total Hrs | Total Reg Hrs | Total OT Hrs | Actual Pay total / Amt Paid | State Minimum Wage | Federal Minimum Wage | NYLL Correct Regular Pay | NYLL Correct OT Rate | NYLL Correct OT pay | NYLL Correct Total Pay | NYLL Unpaid for Week | State Damages | Total State Demand | Fed Correct Regular Pay | Fed Correct OT Rate | Fed Correct OT pay | Fed Correct Total Pay | Fed Unpaid for Week | Fed. Damages | Total Fed. Demand |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/6/04 | 0 | 0 | 0 | $0.00 | $5.15 | $5.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/13/04 | 111 | 40 | 71 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $88.62 | $443.09 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $354.48 | $708.96 |
| 9/20/04 | 111 | 40 | 71 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $88.62 | $443.09 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $354.48 | $708.96 |
| 9/27/04 | 111 | 40 | 71 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $88.62 | $443.09 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $354.48 | $708.96 |
| 10/4/04 | 111 | 40 | 71 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $88.62 | $443.09 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $354.48 | $708.96 |
| 10/11/04 | 111 | 40 | 71 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $88.62 | $443.09 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $354.48 | $708.96 |
| 10/18/04 | 95 | 40 | 55 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $57.72 | $288.59 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $230.88 | $461.76 |
| 10/25/04 | 95 | 40 | 55 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $57.72 | $288.59 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $230.88 | $461.76 |
| 11/1/04 | 95 | 40 | 55 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $57.72 | $288.59 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $230.88 | $461.76 |
| 11/8/04 | 95 | 40 | 55 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $57.72 | $288.59 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $230.88 | $461.76 |
| 11/15/04 | 95 | 40 | 55 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $57.72 | $288.59 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $230.88 | $461.76 |
| 11/22/04 | 93 | 40 | 53 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $53.86 | $269.28 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $215.43 | $430.85 |
| 11/29/04 | 93 | 40 | 53 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $53.86 | $269.28 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $215.43 | $430.85 |
| 12/6/04 | 93 | 40 | 53 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $53.86 | $269.28 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $215.43 | $430.85 |
| 12/13/04 | 93 | 40 | 53 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $53.86 | $269.28 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $215.43 | $430.85 |
| 12/20/04 | 93 | 40 | 53 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $53.86 | $269.28 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $215.43 | $430.85 |
| 12/27/04 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $674.00 | $274.00 | $274.00 | $548.00 |
| 1/3/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $674.00 | $274.00 | $274.00 | $548.00 |
| 1/10/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $674.00 | $274.00 | $274.00 | $548.00 |
| 1/17/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $674.00 | $274.00 | $274.00 | $548.00 |
| 1/24/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $674.00 | $274.00 | $274.00 | $548.00 |
| 1/31/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $674.00 | $274.00 | $274.00 | $548.00 |
| 2/7/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $674.00 | $274.00 | $274.00 | $548.00 |
| 2/14/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $674.00 | $274.00 | $274.00 | $548.00 |
| 2/21/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $674.00 | $274.00 | $274.00 | $548.00 |
| 2/28/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $674.00 | $274.00 | $274.00 | $548.00 |
| 3/7/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $674.00 | $274.00 | $274.00 | $548.00 |
| 3/14/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $674.00 | $274.00 | $274.00 | $548.00 |
| 3/21/05 | 0 | 0 | 0 | $0.00 | $6.00 | $5.15 | $0.00 | $9.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/28/05 | 0 | 0 | 0 | $0.00 | $6.00 | $5.15 | $0.00 | $9.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Totals**

| | State Unpaid Wages | State Damages | Total State Demand | | Fed. Unpaid Wages | Fed. Damages | Total Fed. Demand |
|---|---|---|---|---|---|---|---|
| Totals | $3,557.88 | $889.39 | $4,446.97 | | $3,669.28 | $3,669.28 | $7,338.55 |

| Week | Use Federal or State? | Total Demand | Incremental State Calculation — Incremental State Claim | Damages on Incremental Claim | #Days >10 | Spread-of-Hours Calculations — Min Wage | Spread Bonus Due | Spread Damages | Total Spread Demand | Total Demand Pre-settlement | Nooch Settlement — Amount covered by settlement | Total demand after settlement | Current date | CPLR Prejudgment Interest Calculations — Days Elapsed | Interest on State Wages | Spread Interest | Total Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/6/04 | State | $0.00 | $0.00 | $0.00 | 0 | $5.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 5/27/08 | 1341 | $0.00 | $0.00 | $0.00 |
| 9/13/04 | State | $443.09 | | | 7 | $5.15 | $36.05 | $9.01 | $45.06 | $488.16 | $488.16 | $0.00 | 5/27/08 | 1334 | $0.00 | $10.72 | $10.72 |
| 9/20/04 | State | $443.09 | | | 7 | $5.15 | $36.05 | $9.01 | $45.06 | $488.16 | $488.16 | $0.00 | 5/27/08 | 1327 | $0.00 | $10.70 | $10.70 |
| 9/27/04 | State | $443.09 | | | 7 | $5.15 | $36.05 | $9.01 | $45.06 | $488.16 | $488.16 | $0.00 | 5/27/08 | 1320 | $0.00 | $10.67 | $10.67 |
| 10/4/04 | State | $443.09 | | | 7 | $5.15 | $36.05 | $9.01 | $45.06 | $488.16 | $488.16 | $0.00 | 5/27/08 | 1313 | $0.00 | $10.65 | $10.65 |
| 10/11/04 | State | $443.09 | | | 7 | $5.15 | $36.05 | $9.01 | $45.06 | $488.16 | $488.16 | $0.00 | 5/27/08 | 1306 | $0.00 | $10.63 | $10.63 |
| 10/18/04 | State | $288.59 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $327.22 | $327.22 | $0.00 | 5/27/08 | 1299 | $0.00 | $9.07 | $9.07 |
| 10/25/04 | State | $288.59 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $327.22 | $327.22 | $0.00 | 5/27/08 | 1292 | $0.00 | $9.04 | $9.04 |
| 11/1/04 | State | $288.59 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $327.22 | $327.22 | $0.00 | 5/27/08 | 1286 | $0.00 | $9.02 | $9.02 |
| 11/8/04 | State | $288.59 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $327.22 | $327.22 | $0.00 | 5/27/08 | 1279 | $0.00 | $8.99 | $8.99 |
| 11/15/04 | State | $269.28 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $307.91 | $307.91 | $0.00 | 5/27/08 | 1272 | $0.00 | $8.93 | $8.93 |
| 11/22/04 | State | $269.28 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $307.91 | $307.91 | $0.00 | 5/27/08 | 1265 | $0.00 | $8.90 | $8.90 |
| 11/29/04 | State | $269.28 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $307.91 | $307.91 | $0.00 | 5/27/08 | 1258 | $0.00 | $8.88 | $8.88 |
| 12/6/04 | State | $269.28 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $307.91 | $307.91 | $0.00 | 5/27/08 | 1251 | $0.00 | $8.85 | $8.85 |
| 12/13/04 | State | $430.85 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $469.48 | $469.48 | $0.00 | 5/27/08 | 1244 | $0.00 | $10.77 | $10.77 |
| 12/20/04 | Federal | $430.85 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $469.48 | $274.24 | $195.24 | 5/27/08 | 1237 | $0.00 | $10.74 | $10.74 |
| 12/27/04 | Federal | $430.85 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $469.48 | $0.00 | $469.48 | 5/27/08 | 1230 | $0.00 | $10.71 | $10.71 |
| 1/3/05 | Federal | $566.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $653.50 | $0.00 | $653.50 | 5/27/08 | 1224 | $10.40 | $11.02 | $21.42 |
| 1/10/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1217 | $10.34 | $10.84 | $21.18 |
| 1/17/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1210 | $10.29 | $10.76 | $21.05 |
| 1/24/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1203 | $10.23 | $10.62 | $20.85 |
| 1/31/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1197 | $10.17 | $10.56 | $20.73 |
| 2/7/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1190 | $10.12 | $10.51 | $20.63 |
| 2/14/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1183 | $10.06 | $10.52 | $20.58 |
| 2/21/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1176 | $10.00 | $10.44 | $20.44 |
| 2/28/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1167 | $9.92 | $10.50 | $20.42 |
| 3/7/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1160 | $9.86 | $10.32 | $20.18 |
| 3/14/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1153 | $9.80 | $10.38 | $20.18 |
| 3/21/05 | Federal | $0.00 | $0.00 | $0.00 | 0 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 5/27/08 | 1146 | $0.00 | $0.00 | $0.00 |
| 3/28/05 | Federal | $0.00 | $0.00 | $0.00 | 0 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 5/27/08 | 1139 | $0.00 | $0.00 | $0.00 |
| **Totals** | | | $374.00 | $93.50 | 167 | | $916.15 | $229.04 | $1,145.19 | $13,398.21 | $5,725.00 | $7,673.21 | | | $111.18 | $117.72 | $228.90 |

Total Demand Pre-settlement: $13,398.21 — Total Owed Pre-settlement
Total settlement: $5,725.00
Total demand after settlement: $7,673.21 — Total Owed Post-Settlement

**TOTAL:   $  7,902.11**

## SUMMARY: Wages Owed By Defendant Red Dot Com, Inc.

| | | |
|---|---|---:|
| Unpaid Wages | $ | 17,787.93 |
| 25% Damages | $ | 4,446.98 |
| Unpaid Wages + Damages | $ | 22,234.91 |
| | | |
| Spread | $ | 4,171.50 |
| 25% Damages | $ | 1,042.88 |
| Total Spread + Damages | $ | 5,214.38 |
| | | |
| Unpaid Wages + Spread + Damages | $ | 27,449.29 |
| Interest | $ | 9,885.49 |
| **Total** | **$** | **37,334.78** |

**Wages Owed By Defendant Red Dot Corp, Inc.**

SOL, Key Date (date case filed in court) — 12/11/2001
State SOL Cut-off Date — 12/11/2001
Federal SOL Cut-off Date — 12/11/2004

| Week | Hours Worked Per Week | | | Actual Pay | Statutory Rates | | | | | NFLL Unpaid Wage Calculations | | | Total State Demand | Spread of Hours Calculations | | | | | | CPLR Prejudgment Interest Calculations | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Hrs | Total OT Hrs | Reg Hrs | Amt Paid total | Minimum Wage | Reg Rate of Pay | Correct Regular Pay | Correct Overtime Rate | Correct Overtime Pay | Unpaid for Week | Damages | Total State Demand | #Days >10 | Min Wage | Spread Bonus Due | Spread Damages | Total Spread Demand | Total Weekly w/Spread | Current date | Days Elapsed | State Unpaid Wages | Interest on Spread | Total Interest |
| 12/25/01 | 74 | 40 | 34 | $400.00 | $5.15 | $5.41 | $216.22 | $8.11 | $275.68 | $491.89 | $22.57 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | | | | |
| 12/18/01 | 74 | 40 | 34 | $400.00 | $5.15 | $5.41 | $216.22 | $8.11 | $275.68 | $491.89 | $22.57 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | | | | |
| 12/11/01 | 74 | 40 | 34 | $400.00 | $5.15 | $5.41 | $216.22 | $8.11 | $275.68 | $491.89 | $22.57 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | | | | |

| Week | Hours Worked Per Week | | | Actual Pay | Statutory Rates | | NYLL Unpaid Wage Calculations | | | | | | | | #Days >10 | #Days <10 | B10 | Min Wage | Spread of Hours Calculations | | | | | CPLR Prejudgment Interest Calculations | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Hrs | Total Reg Hrs | Total OT Hrs | Amt Paid Total | Minimum Wage | Reg Rate of Pay | Correct Regular Pay | Correct Overtime Rate | Correct Overtime Pay | Unpaid Total for Week | Damages | State Damages | Total State Demand | Wages + Damages | | | | | Spread Bonus Due | Spread Damages | Spread +Damages | Total Spread Demand | Total Weekly w/Spread | Current date | Own State Unpaid Wages | Spread Interest | Total Interest |
| 7/15/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $18.15 | $1.43 | $19.58 |
| 7/8/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $18.32 | $1.44 | $19.77 |
| 7/1/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $18.50 | $1.46 | $19.96 |
| 6/24/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $18.67 | $1.47 | $20.15 |
| 6/17/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $18.85 | $1.48 | $20.33 |
| 6/10/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $19.03 | $1.50 | $20.52 |
| 6/3/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $19.20 | $1.51 | $20.71 |
| 5/27/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $19.38 | $1.53 | $20.90 |
| 5/20/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $19.55 | $1.54 | $21.09 |
| 5/13/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $19.73 | $1.55 | $21.28 |
| 5/6/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $19.90 | $1.57 | $21.47 |
| 4/29/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $20.08 | $1.58 | $21.66 |
| 4/22/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.65 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $20.25 | $1.60 | $21.85 |
| 4/15/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $20.43 | $1.61 | $22.03 |
| 4/8/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $20.60 | $1.62 | $22.22 |
| 4/1/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $20.78 | $1.64 | $22.41 |
| 3/25/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $20.95 | $1.65 | $22.60 |
| 3/18/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $21.13 | $1.67 | $22.79 |
| 3/11/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $21.30 | $1.68 | $22.98 |
| 3/4/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $21.48 | $1.69 | $23.17 |
| 2/25/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $21.65 | $1.71 | $23.36 |
| 2/18/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $21.83 | $1.72 | $23.54 |
| 2/11/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $22.00 | $1.74 | $23.73 |
| 2/4/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $22.18 | $1.75 | $23.92 |
| 1/28/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $22.35 | $1.76 | $24.11 |
| 1/21/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $22.53 | $1.78 | $24.30 |
| 1/14/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $22.70 | $1.79 | $24.49 |
| 1/7/2003 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $22.88 | $1.80 | $24.68 |
| 12/31/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $23.05 | $1.82 | $24.87 |
| 12/24/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $23.23 | $1.83 | $25.06 |
| 12/17/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $23.40 | $1.84 | $25.24 |
| 12/10/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $23.58 | $1.86 | $25.43 |
| 12/3/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $23.75 | $1.87 | $25.62 |
| 11/26/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $23.93 | $1.89 | $25.81 |
| 11/19/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $24.10 | $1.90 | $26.00 |
| 11/12/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $24.28 | $1.91 | $26.19 |
| 11/5/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $24.45 | $1.93 | $26.38 |
| 10/29/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $24.63 | $1.94 | $26.57 |
| 10/22/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $24.80 | $1.96 | $26.76 |
| 10/15/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $24.98 | $1.97 | $26.94 |
| 10/8/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $25.15 | $1.98 | $27.13 |
| 10/1/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $25.33 | $2.00 | $27.32 |
| 9/24/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $25.50 | $2.01 | $27.51 |
| 9/17/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $25.68 | $2.03 | $27.70 |
| 9/10/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $25.85 | $2.04 | $27.89 |
| 9/3/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $26.03 | $2.06 | $28.08 |
| 8/27/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $26.20 | $2.07 | $28.27 |
| 8/20/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $26.38 | $2.08 | $28.46 |
| 8/13/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $26.55 | $2.10 | $28.65 |
| 8/6/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $26.73 | $2.11 | $28.84 |
| 7/30/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $26.90 | $2.13 | $29.03 |
| 7/23/2002 | 74 | 40 | 34 | $289.52 | $5.15 | $206.00 | $206.00 | $7.73 | $262.66 | $468.65 | $180.13 | $45.03 | $225.16 | $225.16 | 6 | | $5.15 | $30.90 | $7.73 | $38.63 | $263.79 | $263.79 | 5/27/08 | $27.08 | $2.14 | $29.22 |
| 7/15/04 | 0 | 0 | 0 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | | $5.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| **Totals** | | | | $17,727.23 | | | | | | $4,446.88 | | $22,284.01 | | $4,171.50 | | | | | | $1,042.88 | | $5,214.38 | | TOTAL OWED $37,498.39 | $7,843.33 | $1,043.16 | TOTAL INTEREST $8,886.49 |

# Exhibit H
## Checks Received from Christopher Miu



**CHRISTOPHER MIU, CPA**
133-14 - 39TH AVENUE
FLUSHING, NY 11354

4007

1-292/260

PAY TO THE ORDER OF _Lucio Mendez_

DATE _8/30/06_

$ _2862 50_

_Twenty Eight Hundred Sixty Two 50_ DOLLARS

**CATHAY BANK**
Member of F.D.I.C.
235 FIFTH AVENUE
NEW YORK, NEW YORK 10016

FOR _Legal Settlement # 1/2_

⑂004007⑂ ⑂026002927⑂ 651002150⑂

---

**CHRISTOPHER MIU, CPA**
133-14 - 39TH AVENUE
FLUSHING, NY 11354

4008

1-292/260

PAY TO THE ORDER OF _Lucio Mendez_

DATE _8/30/06_

$ _2862 50_

_Twenty Eight Hundred Sixty Two 50_ DOLLARS

**CATHAY BANK**
Member of F.D.I.C.
235 FIFTH AVENUE
NEW YORK, NEW YORK 10016

FOR _Legal Settlement # 2/2_

⑂004008⑂ ⑂026002927⑂ 651002150⑂

# Exhibit I
## Judge Karas Order of Dismissal

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lucio Mendez
                    Plaintiff,

-v-                                                    Case No.06-cv-867 (KMK)

Nooch Inc. *A New York Corporation*                    ORDER
                    Defendants.

KENNETH M. KARAS, District Judge:

        IT APPEARING that it has been reported to the Court that the above

captioned action has been settled,

        IT IS HEREBY ORDERED, that this action is discontinued, without cost,

and without prejudice to reopening if the settlement is not consummated within 30 days.

After 30 days, the discontinuance shall be with prejudice.

                                        SO ORDERED,

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        September 15 , 2006

# Exhibit J
## Elizabeth Wagoner Time Logs

Plaintiff Attorney Elizabeth Wageoner, Esq. of Make the Road New York, Inc.,
**Transcription of Contemporaneous Time Records**

| Date | Hours | Activity |
|---|---|---|
| 9/6/2007 | 2.00 | Drafted complaint |
| 10/4/2007 | 2.00 | Legal research on settlement |
| 10/5/2007 | 0.30 | Met with Make the Road colleagues to discuss the case |
| 10/18/2007 | 1.00 | Legal research on settlement |
| 10/23/2007 | 0.50 | Phone call with Justin Zeller |
| 10/24/2007 | 2.00 | Met with Lucio Mendez |
| 11/13/2007 | 3.00 | Revised complaint draft |
| 11/14/2008 | 2.00 | Revised and cite-checked complaint |
| 12/5/2007 | 0.50 | Met with Lucio Mendez |
| 12/10/2007 | 1.00 | Researched waiver of service and prepared complaint for filing |
| 12/10/2007 | 1.50 | Filed complaint in SDNY |
| 12/12/2007 | 0.50 | Emailed Amy Carroll and Deb Axt about service on Ds |
| 1/4/2008 | 2.00 | Prepared documents for substitute service on Ds + mailed |
| 1/14/2008 | 0.70 | Checked USPS website for status of mailings |
| 2/7/2008 | 4.00 | Prepared documents for personal service on all Ds |
| 3/8/2008 | 0.50 | Mailed letter to J. Stanton re: adjournment |
| 3/11/2008 | 0.30 | Filed affidavit of service on Janice Ong on ECF |
| 3/12/2008 | 0.10 | Phone call with Justin Zeller |
| 4/14/2008 | 0.50 | Called J. Stanton chambers to verify conference time |
| 4/17/2008 | 0.20 | Checked USPS website & printed receipts |
| 4/18/2008 | 2.00 | Conference before J. Stanton |
| 4/25/2008 | 1.00 | Met with Lucio Mendez |
| 4/28/2008 | 1.00 | Prepared default papers |
| 5/1/2008 | 4.00 | Prepared default papers |
| 5/6/2008 | 1.00 | Prepared default papers |
| 5/12/2008 | 0.50 | Prepared default papers |
| 5/17/2008 | 10.00 | Wrote Memo of Law for Default |
| 5/18/2008 | 8.00 | Wrote Memo of Law for Default |
| 5/23/2008 | 2.00 | Wrote Memo of Law for Default. |
|  |  | Met with Lucio Mendez to review draft. |
| 5/27/2008 | 2.00 | Assembled, copied, and filed default papers. |
|  | 19.00 | TOTAL NON-ATTORNEY HOURS FOR ELIZABETH WAGONER |
|  | 37.10 | TOTAL ATTORNEY HOURS FOR ELIZABETH WAGONER |
|  | $1,425.00 | **TOTAL NON-ATTORNEY FEES REQUESTED BY PLAINTIFFS FOR WAGONER** |
|  | $4,823.00 | **TOTAL ATTORNEY FEES REQUESTED BY PLAINTIFFS FOR WAGONER** |

# Exhibit K
# Amy Carroll Time Logs

Plaintiff Attorney Amy Carroll, Esq. of Make the Road New York, Inc.,
**Transcription of Contemporaneous Time Records**

| Date | Hours | Activity |
|---|---|---|
| 9/8/2007 | 1.00 | Reviewed and commented on draft complaint. |
| 10/5/2007 | 0.30 | Met with Make the Road colleagues to discuss the case |
| 12/10/2007 | 0.30 | Discussed case with Elizabeth Wagoner |
| 12/12/2007 | 0.30 | Discussed service issues with Elizabeth Wagoner. |
| 3/8/2008 | 0.20 | Reviewed letter to J. Stanton |
| 4/18/2008 | 2.00 | Conference before J. Stanton |
| 4/28/2008 | 0.50 | Discussed default with Elizabeth Wagoner. |
| 4/29/2008 | 0.50 | Reviewed draft of default papers |
| 5/1/2008 | 2.20 | Discussed default with Elizabeth Wagoner. |
| 5/23/2008 | 1.00 | Reviewed and discussed default papers. |
| 5/27/2008 | 1.10 | Reviewed and finalized papers. Prepared my affidavit. |
|  |  |  |
|  | 9.40 | TOTAL ATTORNEY HOURS FOR AMY CARROLL |
|  | $1,692.00 | **TOTAL ATTORNEY FEES REQUESTED BY PLAINTIFFS FOR AMY CARROLL** |

# Exhibit L
# Proposed Order Granting Default Judgment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUCIO MENDEZ,                          :
                                       :    ECF Case
                    Plaintiff,         :    Docket Number 07 CV 11174
                                       :
         -against-                     :
                                       :    **ORDER GRANTING**
NOOCH, INC.; RED DOT COM, INC. d/b/a/  :    **DEFAULT JUDGMENT**
Tangerine Restaurant and Café; and SUAN LAY  :
ONG, a.k.a. Janice Ong,                :
                                       :
                    Defendants.        :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


This action having been commenced on December 12, 2007, with the filing of a

Complaint; a copy of the Summons and Complaint having been duly served on Defendants

Nooch, Inc. and Red Dot Com, Inc.; Plaintiff having filed the Summons and proof of service on

April 8, 2008; said Defendants having failed to appear or other otherwise defend in this action,

and the time for said defendants to appear or otherwise defend this action having expired, and

said Defendants' default having been duly noted by the Clerk of the Court on April 25, 2008,

now, on motion of Elizabeth Wagoner, attorney for Plaintiff:

It is hereby ORDERED and ADJUDGED that Plaintiff Lucio Mendez does recover of

Defendant Red Dot Com, Inc., with a corporate address located at 200 E. 89th St. Suite 44-S,

New York, NY 10128, the sum of $27,449.29, the amount claimed of unpaid wages and

liquidated damages, plus interest in the sum of $9,885.49, and attorneys fees in the sum of

$7,940.00, amount in all to the sum of $45,274.78; and, that the plaintiff have execution therefor.

It is further ORDERED and ADJUDGED that Plaintiff Lucio Mendez does recover of

Defendant Nooch, Inc., with a corporate address located at 143 Eighth Avenue, New York, NY

10011, the sum of $7,673.21, the amount claimed of unpaid wages and liquidated damages, plus

interest in the sum of $228.90, and attorney fees in the sum of $7940.00, amount in all to the sum

of $15,842.11; and, that the plaintiff have execution therefor.


Dated: New York, New York

     June ___, 2007


                    By: _____

                            U.S.D.J.



                            This document was entered

                            on the docket on _____.

# Exhibit M
## Clerk's Certificate

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUCIO MENDEZ,                                  :

                        Plaintiff,             :          ECF Case
                                               :          Docket Number 07 CV 11174 *(LLS)*
                                               :
            -against-                          :
                                               :          **CLERK'S CERTIFICATE**
NOOCH, INC.; RED DOT COM., INC d/b/a/          :
Tangerine Restaurant and Café and SUAN LAY     :
ONG, a.k.a. Janice Ong,                        :
                                               :
                        Defendants.            :
                                               X

- - - - - - - - - - - - - - - - - - - - - - - - - -

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on December 12, 2007 with the filing of a summons and complaint. Duplicate copies of the summons and complaint, together with the statutory fee, were served on Defendant Red Dot Com, Inc. on 3/24/2008 by personal delivery to and leaving with an agent authorized by the secretary of state to receive service, Donna Christie, at the office of the department of state in the city of Albany, pursuant to Business Corporation Law § 306. Proof of such service thereof was filed on 4/8/2008. Duplicate copies of the summons and complaint, together with the statutory fee, were served on Defendant Nooch, Inc. on 3/24/2008 by personal delivery to and leaving with an agent authorized by the secretary of state to receive service, Donna Christie, at the office of the department of state in the city of Albany, pursuant to Business Corporation Law § 306. Proof of such service thereof was filed on 4/8/2008.

I further certify that the docket entries indicate that Defendants Red Dot Com, Inc. and Nooch, Inc. have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendants Red Dot Com, Inc. and Nooch, Inc. is hereby noted.

Dated: New York, New York
     April 25, 2008

           **J. MICHAEL MCMAHON**
           Clerk of the Court
           By:
              Deputy Clerk