UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUCIO MENDEZ,                                      :

                           Plaintiff,     :

               -against-                  :

NOOCH, INC.; RED DOT COM, INC. d/b/a/         :
Tangerine Restaurant and Café; and SUAN LAY   :
ONG, a.k.a. Janice Ong,                            :
                                        :

                      Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF Case
Docket Number 07 CV 11174 (LLS)


**STATEMENT OF DAMAGES
AS TO DEFENDANTS NOOCH,
INC. AND RED DOT COM, INC.**

**As to Nooch, Inc.:**

| | | |
|---|---|---|
| Unpaid Wages and Damages | ........................................................... | $7,673.21 |
| Interest | ........................................................... | $228.90 |
| Total | ........................................................... | $7,902.11 |

**As to Red Dot Com, Inc.:**

| | | |
|---|---|---|
| Unpaid Wages and Damages | ........................................................... | $27,449.29 |
| Interest | ........................................................... | $9,885.49 |
| Total | ........................................................... | $37,334.78 |

| | | |
|---|---|---|
| **Attorneys' Fees:** | ........................................................... | $7,940.00 |

## SUMMARY: Wages Owed By Defendant Nooch, Inc.

| | State 2001 - 2004 | Federal 2004 - 2007 | Total 2001 - 2007 |
|---|---|---|---|
| Unpaid Wages | $ 3,557.58 | $ 3,669.28 | $ 7,226.85 |
| Damages | 889.39 | 3,669.28 | 4,558.67 |
| Unpaid Wages + Damages | $ 4,446.97 | $ 7,338.55 | $ 11,785.52 |

| | State Incr. 2004 - 2007 | | Total Incr. 2004 - 2007 |
|---|---|---|---|
| Incremental State Unpaid Wages* | $ 374.00 | | $ 374.00 |
| Damages on Incremental | 93.50 | | 93.50 |
| Total Incremental Claim | $ 467.50 | | $ 467.50 |

| | State 2001 - 2007 | | Total 2001 - 2007 |
|---|---|---|---|
| Spread | $ 916.15 | | $ 916.15 |
| Spread Damages | 229.04 | | 229.04 |
| Total Spread + Damages | $ 1,145.19 | | $ 1,145.19 |
| Interest | $ 228.90 | | $ 228.90 |
| Settlement | $ (5,725.00) | | $ (5,725.00) |

| | State | Federal | Total |
|---|---|---|---|
| Unpaid Wages + Incremental + Spread | $ 4,847.73 | $ 3,669.28 | $ 8,517.00 |
| Damages | $ 1,211.93 | $ 3,669.28 | $ 4,881.21 |
| Total After Settlement | $ 334.66 | $ 7,338.55 | $ 7,673.21 |
| **Total After Settlement + Interest** | **$ 563.56** | **$ 7,338.55** | **$ 7,902.11** |

*Incremental state unpaid wages, for the purposes of these calculations, is the additional state minimum wage owed during the period that the New York state minimum wage is higher than the federal minimum wage. This occurs when a claim arises under both federal and state law.

**Wages Owed By Defendant Nooch, Inc.**

SOL Key Date (Date case filed in court)
State SOL Cut-off Date
Federal SOL Cut-off Date



| Week | Total Hrs | Total Reg Hrs | Total OT Hrs | Amt Paid total | State Minimum Wage | Federal Minimum Wage | Correct Regular Pay | Correct OT Rate | Correct OT pay | Correct Total Pay | Unpaid for Week | Damages | Total State Demand | Correct Regular Pay | Correct OT Rate | Correct OT Total Pay | Unpaid for Week | Damages | Total Federal Demand |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **NYLL Calculations** | | | | | | | **Federal Calculations** | | | | | |
| 9/6/04 | 0 | 0 | 0 | $0.00 | $5.15 | $5.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/13/04 | 111 | 40 | 71 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $88.62 | $443.09 | $206.00 | $7.73 | $548.48 | $354.48 | $354.48 | $708.96 |
| 9/20/04 | 111 | 40 | 71 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $88.62 | $443.09 | $206.00 | $7.73 | $548.48 | $354.48 | $354.48 | $708.96 |
| 9/27/04 | 111 | 40 | 71 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $88.62 | $443.09 | $206.00 | $7.73 | $548.48 | $354.48 | $354.48 | $708.96 |
| 10/4/04 | 111 | 40 | 71 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $88.62 | $443.09 | $206.00 | $7.73 | $548.48 | $354.48 | $354.48 | $708.96 |
| 10/11/04 | 111 | 40 | 71 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $548.48 | $754.48 | $354.48 | $88.62 | $443.09 | $206.00 | $7.73 | $548.48 | $354.48 | $354.48 | $708.96 |
| 10/18/04 | 95 | 40 | 55 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $57.72 | $288.59 | $206.00 | $7.73 | $424.88 | $230.88 | $230.88 | $461.76 |
| 10/25/04 | 95 | 40 | 55 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $57.72 | $288.59 | $206.00 | $7.73 | $424.88 | $230.88 | $230.88 | $461.76 |
| 11/1/04 | 95 | 40 | 55 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $57.72 | $288.59 | $206.00 | $7.73 | $424.88 | $230.88 | $230.88 | $461.76 |
| 11/8/04 | 95 | 40 | 55 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $57.72 | $288.59 | $206.00 | $7.73 | $424.88 | $230.88 | $230.88 | $461.76 |
| 11/15/04 | 95 | 40 | 55 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $424.88 | $630.88 | $230.88 | $57.72 | $288.59 | $206.00 | $7.73 | $424.88 | $230.88 | $230.88 | $461.76 |
| 11/22/04 | 93 | 40 | 53 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $53.86 | $269.28 | $206.00 | $7.73 | $409.43 | $215.43 | $215.43 | $430.85 |
| 11/29/04 | 93 | 40 | 53 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $53.86 | $269.28 | $206.00 | $7.73 | $409.43 | $215.43 | $215.43 | $430.85 |
| 12/6/04 | 93 | 40 | 53 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $53.86 | $269.28 | $206.00 | $7.73 | $409.43 | $215.43 | $215.43 | $430.85 |
| 12/13/04 | 93 | 40 | 53 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $53.86 | $269.28 | $206.00 | $7.73 | $409.43 | $215.43 | $215.43 | $430.85 |
| 12/20/04 | 93 | 40 | 53 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $53.86 | $269.28 | $206.00 | $7.73 | $409.43 | $215.43 | $215.43 | $430.85 |
| 12/27/04 | 93 | 40 | 53 | $400.00 | $5.15 | $5.15 | $206.00 | $7.73 | $409.43 | $615.43 | $215.43 | $53.86 | $269.28 | $206.00 | $7.73 | $409.43 | $215.43 | $215.43 | $430.85 |
| 1/3/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $477.00 | $717.00 | $317.00 | $79.25 | $396.25 | $206.00 | $9.00 | $477.00 | $283.00 | $283.00 | $566.00 |
| 1/10/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $274.00 | $274.00 | $548.00 |
| 1/17/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $274.00 | $274.00 | $548.00 |
| 1/24/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $274.00 | $274.00 | $548.00 |
| 1/31/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $274.00 | $274.00 | $548.00 |
| 2/7/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $274.00 | $274.00 | $548.00 |
| 2/14/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $274.00 | $274.00 | $548.00 |
| 2/21/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $274.00 | $274.00 | $548.00 |
| 2/28/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $274.00 | $274.00 | $548.00 |
| 3/7/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $274.00 | $274.00 | $548.00 |
| 3/14/05 | 92 | 40 | 52 | $400.00 | $6.00 | $5.15 | $240.00 | $9.00 | $468.00 | $708.00 | $308.00 | $77.00 | $385.00 | $206.00 | $9.00 | $468.00 | $274.00 | $274.00 | $548.00 |
| 3/21/05 | 0 | 0 | 0 | $0.00 | $6.00 | $5.15 | $0.00 | $9.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/28/05 | 0 | 0 | 0 | $0.00 | $6.00 | $5.15 | $0.00 | $9.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | | | | | | | | | | | | | | | | | | | |

State Unpaid Wages: **$3,557.58**  State Damages: **$889.39**  Total State Demand: **$4,446.97**

Fed. Unpaid Wages: **$3,669.28**  Fed. Damages: **$3,669.28**  Total Fed. Demand: **$7,338.55**

| Week | Use Federal or State? | Total Demand | Incremental State Claim | Damages on Incremental Claim | #Days >10 | Min Wage | Spread Bonus Due | Spread Damages | Total Spread Demand | Total Demand Pre-settlement | Amount covered by settlement | Total demand after settlement | Current date | Days Elapsed | Interest on State Wages | Spread Interest | Total Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Incremental State Calculation** | | | **Spread-of-Hours Calculations** | | | | **Nooch Settlement** | | | | **CPLR Prejudgment Interest Calculations** | | | |
| 9/6/04 | State | $0.00 | $0.00 | | 0 | $5.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 5/27/08 | 1341 | $0.00 | $0.00 | $0.00 |
| 9/13/04 | State | $443.09 | | | 7 | $5.15 | $36.05 | $9.01 | $45.06 | $488.16 | $488.16 | $0.00 | 5/27/08 | 1334 | $0.00 | $0.00 | $0.00 |
| 9/20/04 | State | $443.09 | | | 7 | $5.15 | $36.05 | $9.01 | $45.06 | $488.16 | $488.16 | $0.00 | 5/27/08 | 1327 | $0.00 | $0.00 | $0.00 |
| 9/27/04 | State | $443.09 | | | 7 | $5.15 | $36.05 | $9.01 | $45.06 | $488.16 | $488.16 | $0.00 | 5/27/08 | 1320 | $0.00 | $0.00 | $0.00 |
| 10/4/04 | State | $443.09 | | | 7 | $5.15 | $36.05 | $9.01 | $45.06 | $488.16 | $488.16 | $0.00 | 5/27/08 | 1313 | $0.00 | $0.00 | $0.00 |
| 10/11/04 | State | $443.09 | | | 7 | $5.15 | $36.05 | $9.01 | $45.06 | $488.16 | $488.16 | $0.00 | 5/27/08 | 1306 | $0.00 | $0.00 | $0.00 |
| 10/18/04 | State | $288.59 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $327.22 | $327.22 | $0.00 | 5/27/08 | 1299 | $0.00 | $0.00 | $0.00 |
| 10/25/04 | State | $288.59 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $327.22 | $327.22 | $0.00 | 5/27/08 | 1292 | $0.00 | $0.00 | $0.00 |
| 11/1/04 | State | $288.59 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $327.22 | $327.22 | $0.00 | 5/27/08 | 1286 | $0.00 | $0.00 | $0.00 |
| 11/8/04 | State | $288.59 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $327.22 | $327.22 | $0.00 | 5/27/08 | 1279 | $0.00 | $0.00 | $0.00 |
| 11/15/04 | State | $269.28 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $307.91 | $307.91 | $0.00 | 5/27/08 | 1272 | $0.00 | $0.00 | $0.00 |
| 11/22/04 | State | $269.28 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $307.91 | $307.91 | $0.00 | 5/27/08 | 1265 | $0.00 | $0.00 | $0.00 |
| 11/29/04 | State | $269.28 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $307.91 | $307.91 | $0.00 | 5/27/08 | 1258 | $0.00 | $0.00 | $0.00 |
| 12/6/04 | State | $269.28 | | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $307.91 | $307.91 | $0.00 | 5/27/08 | 1251 | $0.00 | $0.00 | $0.00 |
| 12/13/04 | Federal | $430.85 | $0.00 | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $469.48 | $469.48 | $0.00 | 5/27/08 | 1244 | $0.00 | $0.00 | $0.00 |
| 12/20/04 | Federal | $430.85 | $0.00 | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $469.48 | $274.24 | $195.24 | 5/27/08 | 1237 | $0.00 | $0.00 | $0.00 |
| 12/27/04 | Federal | $430.85 | $0.00 | | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $469.48 | $0.00 | $469.48 | 5/27/08 | 1230 | $0.00 | $0.00 | $0.00 |
| 1/3/05 | Federal | $566.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $653.50 | $0.00 | $653.50 | 5/27/08 | 1224 | $10.40 | $11.02 | $21.42 |
| 1/10/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1217 | $10.35 | $10.95 | $21.30 |
| 1/17/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1210 | $10.29 | $10.89 | $21.18 |
| 1/24/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1203 | $10.22 | $10.83 | $21.05 |
| 1/31/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1197 | $10.18 | $10.77 | $20.95 |
| 2/7/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1190 | $10.12 | $10.71 | $20.83 |
| 2/14/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1183 | $10.05 | $10.65 | $20.70 |
| 2/21/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1176 | $9.99 | $10.59 | $20.58 |
| 2/28/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1167 | $9.96 | $10.54 | $20.50 |
| 3/7/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1160 | $9.93 | $10.51 | $20.44 |
| 3/14/05 | Federal | $548.00 | $34.00 | $8.50 | 6 | $6.00 | $36.00 | $9.00 | $45.00 | $635.50 | $0.00 | $635.50 | 5/27/08 | 1153 | $9.90 | $10.48 | $20.38 |
| 3/21/05 | Federal | $0.00 | | | 0 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 5/27/08 | 1146 | $0.00 | $0.00 | $0.00 |
| 3/28/05 | Federal | $0.00 | | | 0 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 5/27/08 | 1139 | $0.00 | $0.00 | $0.00 |
| **Totals** | | | **$374.00** | **$93.50** | **167** | | **$916.15** | **$229.04** | **$1,146.19** | **$13,398.21** | **$ 5,725.00** | **$7,673.21** | | | **$111.18** | **$117.72** | **$228.90** |

TOTAL:   $   7,902.11

## SUMMARY: Wages Owed By Defendant Red Dot Com, Inc.

| | | |
|---|---:|---:|
| Unpaid Wages | $ | 17,787.93 |
| 25% Damages | $ | 4,446.98 |
| Unpaid Wages + Damages | $ | 22,234.91 |
| | | |
| Spread | $ | 4,171.50 |
| 25% Damages | $ | 1,042.88 |
| Total Spread + Damages | $ | 5,214.38 |
| | | |
| Unpaid Wages + Spread + Damages | $ | 27,449.29 |
| Interest | $ | 9,885.49 |
| **Total** | **$** | **37,334.78** |

**Wages Owed By Defendant Red Dot Corn, Inc.**

| | |
|---|---|
| SOL Key Date (Date case filed in court) | 12/12/2001 |
| State SOL Cut-off Date | 12/12/2001 |
| Fedral SOL Cut-off Date | |

| Week | Hours Worked Per Week | | Actual Pay | Statutory Rates | | | | NYL Unpaid Wage Calculations | | | | | Spread of Hours Calculations | | | | | | CPLR Prejudgment Interest Calculations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Reg | Total OT | Amt Paid | Minimum | Reg Rate | Correct Regular | Correct Overtime | Correct | Correct Total | Unpaid for | Damages | Total State | # Days | Min | Spread Break Days | Spread Days | Total Spread | Total Weekly Demand | Current date | Due | State Unpaid | Interest on | Total Interest |
| 12/18/01 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2328 | $153.44 | $11.37 | $171.10 |
| 12/25/01 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2321 | $153.05 | $11.90 | $170.70 |
| 1/1/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2314 | $152.59 | $11.81 | $170.30 |
| 1/8/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2307 | $152.12 | $11.73 | $169.91 |
| 1/15/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2300 | $151.66 | $11.64 | $169.51 |
| 1/22/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2293 | $151.20 | $11.55 | $169.12 |
| 1/29/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2286 | $150.73 | $11.47 | $168.72 |
| 2/5/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2279 | $150.27 | $11.38 | $168.33 |
| 2/12/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2272 | $149.81 | $11.30 | $167.93 |
| 2/19/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2265 | $149.34 | $11.21 | $167.54 |
| 2/26/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2258 | $148.88 | $11.13 | $167.14 |
| 3/5/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2251 | $148.42 | $11.04 | $166.75 |
| 3/12/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2244 | $147.95 | $10.96 | $166.35 |
| 3/19/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2237 | $147.49 | $10.87 | $165.95 |
| 3/26/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2230 | $147.03 | $10.79 | $165.56 |
| 4/2/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2223 | $146.56 | $10.70 | $165.16 |
| 4/9/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2216 | $146.10 | $10.62 | $164.77 |
| 4/16/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2209 | $145.64 | $10.53 | $164.37 |
| 4/23/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2202 | $145.17 | $10.45 | $163.98 |
| 4/30/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2195 | $144.71 | $10.36 | $163.58 |
| 5/7/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2188 | $144.25 | $10.28 | $163.19 |
| 5/14/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2181 | $143.78 | $10.19 | $162.79 |
| 5/21/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2174 | $143.32 | $10.11 | $162.39 |
| 5/28/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2167 | $142.86 | $10.02 | $162.00 |
| 6/4/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2160 | $142.39 | $9.94 | $161.60 |
| 6/11/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2153 | $141.93 | $9.85 | $161.21 |
| 6/18/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2146 | $141.47 | $9.77 | $160.81 |
| 6/25/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2139 | $141.00 | $9.68 | $160.42 |
| 7/2/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2132 | $140.54 | $9.60 | $160.02 |
| 7/9/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2125 | $140.08 | $9.51 | $159.63 |
| 7/16/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2118 | $139.61 | $9.43 | $159.23 |
| 7/23/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2111 | $139.15 | $9.34 | $158.84 |
| 7/30/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2104 | $138.69 | $9.26 | $158.44 |
| 8/6/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2097 | $138.22 | $9.17 | $158.05 |
| 8/13/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2090 | $137.76 | $9.09 | $157.65 |
| 8/20/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2083 | $137.30 | $9.00 | $157.26 |
| 8/27/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2076 | $136.83 | $8.92 | $156.86 |
| 9/3/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2069 | $136.37 | $8.83 | $156.47 |
| 9/10/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2062 | $135.91 | $8.75 | $156.07 |
| 9/17/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2055 | $135.44 | $8.66 | $155.68 |
| 9/24/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2048 | $134.98 | $8.58 | $155.28 |
| 10/1/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2041 | $134.52 | $8.49 | $154.89 |
| 10/8/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2034 | $134.05 | $8.41 | $154.49 |
| 10/15/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2027 | $133.59 | $8.32 | $154.10 |
| 10/22/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2020 | $133.13 | $8.24 | $153.70 |
| 10/29/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2013 | $132.66 | $8.15 | $153.31 |
| 11/5/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 2006 | $132.20 | $8.07 | $152.91 |
| 11/12/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1999 | $131.74 | $7.98 | $152.52 |
| 11/19/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1992 | $131.27 | $7.90 | $152.12 |
| 11/26/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1985 | $130.81 | $7.81 | $151.73 |
| 12/3/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1978 | $130.35 | $7.73 | $151.33 |
| 12/10/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1971 | $129.88 | $7.64 | $150.94 |
| 12/17/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1964 | $129.42 | $7.56 | $150.54 |
| 12/24/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1957 | $128.96 | $7.47 | $150.15 |
| 12/31/02 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1950 | $128.49 | $7.39 | $149.75 |
| 1/7/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1943 | $128.03 | $7.30 | $149.36 |
| 1/14/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1936 | $127.57 | $7.22 | $148.96 |
| 1/21/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1929 | $127.10 | $7.13 | $148.57 |
| 1/28/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1922 | $126.64 | $7.05 | $148.17 |
| 2/4/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1915 | $126.18 | $6.96 | $147.78 |
| 2/11/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1908 | $125.71 | $6.88 | $147.38 |
| 2/18/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1901 | $125.25 | $6.79 | $146.99 |
| 2/25/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1894 | $124.79 | $6.71 | $146.59 |
| 3/4/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1887 | $124.32 | $6.62 | $146.20 |
| 3/11/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1880 | $123.86 | $6.54 | $145.80 |
| 3/18/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1873 | $123.40 | $6.45 | $145.41 |
| 3/25/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1866 | $122.93 | $6.37 | $145.01 |
| 4/1/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1859 | $122.47 | $6.28 | $144.62 |
| 4/8/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1852 | $122.01 | $6.20 | $144.22 |
| 4/15/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1845 | $121.54 | $6.11 | $143.83 |
| 4/22/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1838 | $121.08 | $6.03 | $143.43 |
| 4/29/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1831 | $120.62 | $5.94 | $143.04 |
| 5/6/03 | 40 | 34 | $600.00 | $5.15 | $5.41 | $216.22 | $8.11 | $270.68 | $491.89 | $91.89 | $22.97 | $114.86 | 6 | $5.15 | $30.90 | $7.73 | $38.63 | $153.49 | 5/27/08 | 1824 | $120.15 | $5.86 | $142.64 |

| Week | Hours Worked Per Week | | | Actual Pay | Statutory Rates | | Correct Regular Pay | Correct Overtime Rate | Correct Overtime Pay | NYLL Unpaid Wage Calculations | | | Total State | #Days | Min | Spread | Spread-of-Hours Calculations | | | Total Weekly Demand | CPLR Prejudgment Interest Calculations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Hrs | Total OT | | Amt Paid | Minimum Wage | Reg Rate | Regular | Correct Overtime Rate | Correct Overtime Pay | Correct Total | Unpaid for Wages | Damages | Total State | #Days | Min | Spread | Spread | Spread Damages | Total Spread | Total Weekly Demand | Correct date | Days | State Unpaid | Interest on State Unpaid | Total Interest |