UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

LUCIO MENDEZ,

                Plaintiff,

        -against-

NOOCH, INC.; RED DOT COM, INC. d/b/a/
Tangerine Restaurant and Café; and SUAN LAY
ONG, a.k.a. Janice Ong,

                Defendants.

------------------------------------------------x

ECF Case
Docket Number 07 CV 11174 (LLS)

NOTICE OF MOTION FOR ENTRY
OF DEFAULT JUDGMENT AND
AWARD OF DAMAGES AS TO
DEFENDANTS NOOCH, INC. AND
RED DOT COM, INC.

      Pursuant to pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiff Lucio Mendez hereby moves this Court to enter a Default Judgment and an award of damages in the above-captioned action.

      This Motion is supported by copies of the summons and complaint, Plaintiff's affidavit, the declarations of Plaintiff's attorneys, Plaintiff's Statement of Damages, a Clerk's Certificate, and a Memorandum of Law in Support of Plaintiff's Motion and accompanying Exhibits. As indicated by the attached Affirmation of Service, this Motion has been served on all defaulting parties to this action.

Dated: Brooklyn, New York
       May 27, 2007

                            Respectfully Submitted,

                            MAKE THE ROAD NEW YORK, INC.
                            Attorneys for Plaintiffs
                            301 Grove Street
                            Brooklyn, New York 11237
                            (718) 418-7690 x 224

                            By: Elizabeth Wagoner (EW 2101)