UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

LUCIO MENDEZ,

                          Plaintiff,

-against-

NOOCH, INC.; RED DOT COM, INC. d/b/a/
Tangerine Restaurant and Café; and SUAN LAY
ONG, a.k.a. Janice Ong,

                          Defendants.

------------------------------------- x

ECF Case
Docket Number 07-cv-11174

**DECLARATION OF**
**AMY CARROLL**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF KINGS      )

      AMY CARROLL, being duly sworn, deposes and says:

1. I am a member of the bar of this Court and an employee of Make the Road New York, Inc., attorneys for Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. I make this declaration in support of Plaintiff's petition for an award of attorney fees and costs against Defendants Nooch, Inc. and Red Dot Com, Inc.

3. I have spent 9.4 hours working on this matter. I have calculated my hours based on time logs which were contemporaneously recorded by hand and stored in my client's file. I attest that this figure of hours accurately reflects the content of the contemporaneously recorded logs in my files.

4. I am seeking fees for work required of me in this matter and have exercised billing judgment in reducing the number of hours expended.

5.  I was admitted to practice law in the State of New York in November 2004.

6.  Plaintiff submits my hourly rate at $180 an hour for attorneys with four to six years of experience. Marisol v. Giuliani, 111 F.Supp.2d 381, 386 (S.D.N.Y. 2000).

7.  I request an award of $1,692.00 attorney's fees for my time spent on this case.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: Brooklyn, New York
       May 27, 2008

Amy Carroll (AC 5640)

Plaintiff Attorney Amy Carroll, Esq. of Make the Road New York, Inc.,
**Transcription of Contemporaneous Time Records**

| Date | Hours | Activity |
|---|---|---|
| 9/8/2007 | 1.00 | Reviewed and commented on draft complaint. |
| 10/5/2007 | 0.30 | Met with Make the Road colleagues to discuss the case |
| 12/10/2007 | 0.30 | Discussed case with Elizabeth Wagoner |
| 12/12/2007 | 0.30 | Discussed service issues with Elizabeth Wagoner. |
| 3/8/2008 | 0.20 | Reviewed letter to J. Stanton |
| 4/18/2008 | 2.00 | Conference before J. Stanton |
| 4/28/2008 | 0.50 | Discussed default with Elizabeth Wagoner. |
| 4/29/2008 | 0.50 | Reviewed draft of default papers |
| 5/1/2008 | 2.20 | Discussed default with Elizabeth Wagoner. |
| 5/23/2008 | 1.00 | Reviewed and discussed default papers. |
| 5/27/2008 | 1.10 | Reviewed and finalized papers. Prepared my affidavit. |
|  |  |  |
|  | 9.40 | TOTAL ATTORNEY HOURS FOR AMY CARROLL |
|  | $1,692.00 | **TOTAL ATTORNEY FEES REQUESTED BY PLAINTIFFS FOR AMY CARROLL** |